Int. Cl.: 10

Prior U.S. Cl.: 44

**United States Patent and Trademark Office**  Reg. No. 1,643,500
Registered May 7, 1991

## TRADEMARK
### PRINCIPAL REGISTER

## SMART MONITOR

HEALTHDYNE, INC. (GEORGIA CORPORATION)
12TH FLOOR
1850 PARKWAY PLACE
MARIETTA, GA 30067

FOR: CARDIO-RESPIRATORY PATIENT MONITOR, IN CLASS 10 (U.S. CL. 44).

FIRST USE 3-0-1989; IN COMMERCE 3-0-1989.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MONITOR", APART FROM THE MARK AS SHOWN.

SER. NO. 74-064,717, FILED 6-1-1990.

TOMAS V. VLCEK, EXAMINING ATTORNEY

**Exhibit A**