FREE SHIPPING

   

BUY NOW

# Say Hello to the Smart Monitor Duo

See, hear and know baby is okay.

BUY NOW

WATCH HOW

**Exhibit B**



Heart Rate & O2 with
Video & Audio



## Smart Monitor Duo

A full view of baby in one app—heart rate, oxygen levels, audio, video and room temperature.

BUY NOW ▶



# Complete Baby Monitor System

See Live Heart Rate

See Live Oxygen Levels

Receive Wellness Notifications

High-Definition 1080p Video

Background Audio

Two-way audio

130º Wide Angle Lens

Room Temperature Sensor

## BABY MONITORING AT ITS BEST.

A complete picture of your baby's wellness.





## Hear, See & Kn
## Baby is Okay

The Smart Monitor D
wherever you are fro

## Stay Informed

Your base station glows green when everything is okay but will notify

… Read More

BUY NOW

## Rest Assured with Owlet

45-night, risk-free trial

Free Shipping

Peace of Mind Guarantee

Financing Available

# Smart Monitor Duo

★★★★☆ 3.9 (28)

**$399.00**

**SOCK COLOR: MINT**

**QUANTITY**

1

| Pay now | As low as |
| --- | --- |
| **$399.00** | **$33.25/month** |
| one-time payment | with affirm › |

**ADD TO CART**

## Stay in Touch

Get the latest Owlet news, giveaways, and helpful tips for pregnancy and baby!

Email Address

**SUBMIT**

**GET HELP**

**ABOUT OWLET**

**FOR PARTNERS**

CONTACT

Track My Order

(801) 901-4303

2500 Executive PKWY Suite 500

Lehi, UT 84043

© 2020 Owlet Baby Care